107 F.3d 861
 Thomas Cahill, Ellen Cahill, Robert Collins
v.
James G. McCaffrey, Jr., Chief of Police of Borough of Beach
Haven, Borough of Beach Haven, a Municipality of State of
New Jersey, Sean McCaffrey, Stanley Markoski, Warren Koseff,
William A. Dondero, John Daniels, all Three Commissioners of
Borough of Beach Haven, John Does, 1 through 20, Fictitious
Named Defendants
 NOS. 96-5178, 96-5202
 United States Court of Appeals,
Third Circuit.
 Feb 19, 1997
 Appeal From: D.N.J. ,No.95cv00039
 
 1
 Affirmed.